Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2019 JUL 15 AM 9:35

CLERK: [signature]
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
for the
__Southern__ District of __Georgia__
__Civil rights   Augusta__ Division

Jabari Luckett
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. __CV119-0103__
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jabari Luckett
Address: 826 Aspen ln
City: Desoto   State: TX   Zip Code: 75115
County: Dallas
Telephone Number: 404 398-9157
E-Mail Address: jabariluckett739@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: Gary Hutchinson
Job or Title (if known): Sheriff of Jefferson County
Address: 911 Clarks Mill Rd
City: Louisville   State: GA   Zip Code: 30434
County: Jefferson County
Telephone Number: 478-625-7077
E-Mail Address (if known): bwells@jeffersoncountyga.gov

☐ Individual capacity   ☑ Official capacity

Defendant No. 2
Name: Clark Hiebert
Job or Title (if known): Cheif Deputy Col.
Address: 911 Clarks Mill Rd.
City: Louisville   State: GA   Zip Code: 30434
County: Jefferson County
Telephone Number: 478-625-7077
E-Mail Address (if known): bwells@jeffersoncountyga.gov

☐ Individual capacity   ☑ Official capacity

Page 2 of 6

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
  Name
  Job or Title *(if known)*
  Address
    _____
    City                State           Zip Code
  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity   ☐ Official capacity

Defendant No. 4
  Name
  Job or Title *(if known)*
  Address
    _____
    City                State           Zip Code
  County
  Telephone Number
  E-Mail Address *(if known)*

  ☐ Individual capacity   ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

  A. Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)
    ☒ State or local officials (a § 1983 claim)

  B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

  *Intentional infliction of emotional abuse, Negligence.*

  C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Sheriff Gary Hutchins is the policy maker in Jefferson county jail Cheif Deputy Gary Clark, Hiebert was the acting supervisor over the jailers who instructed me to dis remove a dead body

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur? Jefferson County Jail. B-Dorm in cell 204

B. What date and approximate time did the events giving rise to your claim(s) occur?

On July 17 2017 in the morning at 6:00am

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was instructed and forced to assist EMT move a dead men John Hymes from a cell upstairs to a downstairs. Me and another inmate Michael Lambert dropped his body going down the steps We recieved no psychiatric treatment afterward. There was also a cover-up. Jailers involved: Officer Bell, Officer Brown, Officer Gray, Officer Lowry

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Since this incident, in the past 2 years I have been having recurring Nightmares and Psycological fears about death and my future. I have vision almost nightly of John Hymes a man who died at Jefferson County jail. On July 17, 2017. Intentional infliction of emotional distress

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I would like extensive counseling and psychiatric help also a cash settlement for the intentional negligence that led to emotional and mental abuse of the Jefferson county jail staff

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *[signature]* 7/11/19

Signature of Plaintiff: *[signature]*

Printed Name of Plaintiff: Jabari Luckett

### B. For Attorneys

Date of signing: 

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Address

                City         State         Zip Code

Telephone Number

E-mail Address

U.S. POSTAGE PAID
PME 1-Day
ATLANTA, GA
30349
JUL 11, 19
AMOUNT
**$25.50**
R2304M116046-21

1007    30903

**PRIORITY MAIL EXPRESS**

UNITED STATES POSTAL SERVICE

EE 118 483 160 US

UNITED STATES POSTAL SERVICE | PRIORITY ★ MAIL ★

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)    PHONE ( )

**PAYMENT BY ACCOUNT (if applicable)**

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED  *Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.*
Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
☐ 10:30 AM Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT)    PHONE ( )

ZIP + 4® (U.S. ADDRESSES ONLY)

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

LABEL 11-B, OCTOBER 2016    PSN 7690-02-000-9996    3-ADDRESSEE COPY

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

PS10001000006

EP13F Oct 2018
OD: 12 1/2 x 9 1/2


