AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JABARI LUCKETT,

    Plaintiff,

v.

GARY HUTCHINS, Sheriff, and CLARK HIEBERT, Chief Deputy Col.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 119-103

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on August 26, 2019, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court.  Therefore, the Court OVERRULES Plaintiff's objections, DISMISSES this case, and CLOSES this civil action.

August 26, 2019
Date

Scott L. Poff
Clerk

*Morgan A. Akins*
(By) Deputy Clerk

GAS Rev 10/1/03